JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY CLARK, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY; THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; NORTHROP GRUMMAN CORPORATION GROUP BENEFITS PLAN; and ADMINISTRATIVE COMMITTEE OF THE NORTHROP GRUMMAN CORPORATION GROUP BENEFITS PLAN,<br><br>　　　　　　Defendants. | CASE NO.: 2:15-cv-06458 SJO (Ex)<br><br>**JUDGMENT**<br><br>[Ctrm. Of the Hon. S. James Otero] |

///

///

///

Judgment　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:15-CV-06458 SJO (Ex)

This action came on regularly for hearing before this Court, on Monday, February 13, 2017, the Honorable S. James Otero, United States District Court Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered granting summary judgment in favor of Defendants Northrop Grumman Corporation Group Benefits Plan (the "Plan") and Administrative Committee Of The Northrop Grumman Corporation Group Benefits Plan ("Administrative Committee") (the Plan and Administrative Committee are collectively "Defendants") and the Court having decided that Defendants were entitled to judgment as a matter of law on all claims for relief against them,

IT IS ORDERED AND ADJUDGED that judgment is entered in this action as follows:

1. Plaintiff Gregory Clark shall recover nothing from the Defendants;

2. Defendants shall have judgment in their favor of Plaintiff's entire action; and

3. Defendants shall recover their costs from Plaintiff.

The Clerk is ordered to enter this Judgment.

Dated: March 20, 2017

_____
The Hon. S. James Otero
United States District Judge,
Central District of California

Judgment - 1 - 2:15-CV-06458 SJO (Ex)